Case #: _____    Driver License: S 222 429 367 949

**FILED**
July 27, 2021 1:27 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc  SCANNED BY: JW /7-28

21  EM
21  CP
21  NO
21  CC
21  NZ
21  NP

**Plantiff**: John James Sakocius

v

**Defendent**: Inc, Moderna (Deposition) |

**Plantiff:** John James Sakocius

v

**Defendent:** United States

1:21-cv-640
**Paul L. Maloney**
**United States District Judge**

Modern Writ of *Certiorari* - Request Mental Health Expungement [TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT] [Enact the Watershed Protection and Flood Prevention to prevent "Professional Fiduciary Duty" conflicting with a draft class, civilian representation, civilian progress].

- Request Marijuana Record Be Expunged As Well

Writ of Mandamus - The 6th Amendment should carry weight in the case of a National Emergency setting outside of the parameters of a "run on the bank".

John James Sakocius

4590 Breckenridge Dr. NE

Grand Rapids, MI  49525

July 27, 2021

**Petition for receivership of compensation on services rendered complete from Moderna, Inc.**

Salutations,

    Preface | Construct:

16 USC Ch. 18: WATERSHED PROTECTION AND FLOOD PREVENTION ACT

SS: 1001. Declaration of Policy

    *Pub. L. 92-419: Documented Regional Legalized Wagering Intelligent Capacity

Supported by: Ch. 35: Agriculture Adjustment Act of 1938

SS: 1301. Definitions

    (a) General Defintions

    1(A)(C)

    Synopsis:

Meta-physic decathalon; define initial and exiting parameters on a professional level. Withdrawl private interference and pollution. Label as independent solution showcase presentation.

    Advanced Initiative:

Oakland University defaults payment maturation July 4, 2021.

    Invoice #: NOMOZEROZEROLE7

    38,000 hours @ $41.00

    Adjusted and adjucated 46,800 hours @ $41.00

Joan: No purchase order for services rendered. Mitigate and.or deflect liability.

    Art: Parallel, non-collusion documented process. The rhythm of advanced phonic systems integrated amongst synergetic systems. I.E. (United States v Martha Stewart)

Finance services and research rendered amongst the science and medical community via a University specializing in Medicine. Emergency destitute in reaching for a solution to a blind problem (Interpretation: duty to resolve issue, interveen, and commit time to making it my

problem. Zero classification under symbiosis.)

Directed to source code. Define variant for the reader. In microbiology and virology, the term variant or "genetic variant" is used to describe a subtype of a microorganism that is genetically distinct from a main strain, but not sufficiently different to be termed a distinct strain. I.E. (rubic cube, video engagement, omni-directional, multiple face solution)

Introduce stored energy to the jury.

Call upon states witness:  Dr. Sergio Winhammer, Detroit Forensic Pathologist (example only)

Call upon states witness:  Dr. Juan Santiago, Beaver Island Forensic Biologist (example only)

Call upon states witness:  Dr. Cindy Loo Who, Metro Health Internal Medicine (example only)

Call upon states witness:  Dr. Lucy *****, Space Force (example only)

Call upon states witness:  Dr. Bobby Fischer, Macro Economics; specialty in GAP economics (example only)

Call upon states witness:  Dr. Gilbert Grape, 5/3 Bank (Loans, Banking, Interest Rates, Compound Interest Specialty) (example only)

    Directive:

        Dissertation 1) mRNA is internal medicine. liquidated. gapped. longevity price fixing change over. age/era. re-packaged. mitigated. litigated. filtered. guided solution matching conservership. expansive solution. astrophysical problems will arrise if action isn't taken on a personal level as an acting independent. This bridge is worth $***** - $***** based on current market settings per individual. This is a drawn conclusion from custom auditing.

    - Custom auditing would provide individual wealth accomodation. This is in response to prioritizing scientific forcasting and budgeting. A nation should be responsive in this given scenario.

    -Class action lawsuit is not the best course of action. Neither is filtering a signature through layers of emergency responder training, only to have the result be concentrated markets, travel bans, and captive wealth. Motion this court to have those funds with a ceiling vaulted for extraction. We the people in perspective of career pathways.

    Movement:

        Challenge: Moderna's active ingredients, even if a baseline or a placibo, is not challenging 3.96 million deaths that have been reported. This challenge is to the ingredients,

outcome, mRNA under a microscope, internal medicine re-packaged, and challenging the validity of future secreted value.  A responsibility is being neglected from my perspective by not informing the consumer of mRNA and the value associated with signature.  From my perspective this is being represented as a new fixed cost and is being shown as an opportunity cost improving quality of life without designating that worth.  I am in accounting and finance by choice, and have changed my set course, dedicating hours to research.  I would like to recieve compensation because of the contributions I have made intrinsicly to Country, State, community, and industry while serving to protect my value and signature by dedicating 38,000 to 46,800 hours to this research of a foreign industry.  We seek to show professionalism, and through intelligent conversation, mediation, and diplomacy we should be able to find a solution rather than project a battalion.

I should not be subject to cruel and unusual punishment for reporting this and trying to collect on business functioning services rendered.  Witness protection, career pathway disruption, and exile should not be an option.  This would be designated a created control arm, and my future should not be managed, ceased, or controled through these events in the form of diverse deprevation and bourne ultimatums.  It is my educated belief that technological progress will naturally result in the increased frequency of civilization expanse I.E. (you need to confront the control arm proactively now rather than when it becomes systemic and problematic, not to mention "relatively" available).  I would like to free myself from the created control arms in pursuit of better opportunity.  I can not let someone create and impose control arms on me and my industry at a heightened extremism state (now or in the future).  This is not to be compared with NDA's, information, and Country as in the case of national security.  This would remain under the Great Seal and in confidence and confidentiality as per industry standard.  Take for example, a binary star system, or the universe.  If we eliminate the foundation, pillars, and stars of the community; then you are most likely voiding stability, function, and longevity.  In the case of mandating a relocation solution, you would starve the location of natural nutrients.  Star systems are interfaced as quantum entanglement and these systems can be gravitationally bound to one another.  This movement should be sustained by the Great Seal alone.  I would like to remain a resident of Grand Rapids, Michigan.  It is my intentions to reproduce and consider this region an extension of family infrastructure.

Law suite: John James Sakocius v Moderna, Inc.

Best Solution: Settle out of court; This shall represent my future professional career pathway and marriage profile in a much more ordained way.  38,000 hours @ $41.00 an hour = $1,558,000.00 + 6% taxes added = $1,651,480.00

NDA: Not opposed, Great Seal, Great Privledge, Vanguard Priority 1, Doctors without boarders, advisory committee future oversight, confidence and confidentiality per Accounting and Finance gold standard, "SE layered" should not be monopolized I.E. (United States v Carolene Products Co).

Call into completion Covid-19 variant. Decompression of those research hours motioned under a convertion ratio: draw upon career pathway selection cross referenced against informational nodes and industry averages to take initiative while compromising real time to promote efficient business practices. Under this variant we can address research as more or less reporting Uranium and Platonium disposal analysis to the proper parties. If we take a moment to combine this attention to Post de Facto law, we begin to stack the precedents, setting the table, for progress to "continue".

Movement:

Motion: Enable the "Honorable Judge" to contact "Space Force" with this proceeding and judgement on behalf of John James Sakocius and Guest [97518112824579]. Pass on documented material, unforseen safeguards, adjusted emergency mandates, checkpoint upgrade initiatives, special accomodation initiatives. The placibo active ingredients should lead you to draw a conclusion and to interpretate the information available to the public. Understanding the available parallel, professional-prespectives interpretation is an action of aerodynamic function and can pardon the industry directive, again, albeit, accomodations are made for the self worth disposed as a function of representing the transfer of wealth through a change in GAP fixed pricing changes (stability or not).

-Code Uranus: Broadcast as a parallel prespective of diverse professions, specialties, and an extension of technology merged with nation to formulate a halo array of solutions for expansive problems. For those in professions with NDA, Seals, and Privledge this will be seen as an astrophysical control arm. Those in the accounting and finance industry should not be posed with declaring independence from a health system nor a nation; so I propose fowarding a motion and court ordered directive (possibly formulate a budget) to make special accomadations for those listed on Space Force: Code Uranus Declaration List.

-In the case of checkpoints, emergency escalation, proxima, availability, career pathways, marriage, back channeling; a perogative and governing body will have to act on this information accordingly with centralized planning. An industry should not have a hand of power under the course of "parallel directive", excused by "parallel solutions" short-term, incumbent of long-term strings. Even if there is no discourse, it's inexcusable to allow that much power to reign over an economic system. In confidence and confidentiality; the appropriate steps can be issued and taken to forgo any asinine decision theory. Addressing GAP privately would be a formidable decision.

Dissertation 2) The Watershed Protection and Flood Prevention Act was authored for the extraction of funding on a personal level through proofs and truths of civilization type two intelligence and destination mapping under grounds of "Alexandria's Stability" (Code of Hammarabi), albeit the United States of America (receivership through a business is a control and is not how the Watershed Act was authored; upon review you will know indefinitely that it needs to be amended to represent the individual, independent of

controls).

Best Solution: Advise the House of Representatives, the Senate, and Congress of the *authorship* and *valor* of the document in question and commit a staff in extention of the Fifth Amendment and under national housekeeping directives. Enable that staff to use decretion and an intelligent governing body to proceed in hearing those cases and to represent those individuals.

Movement:

Motion: The extraction of independent funding outside of the scope of grants should be advanced and amended by the court. The "Honorable Judge" should be able to act on appropriate information and forward a directive to Congress in support of the execution of this payment. Using a face of the 6th Amendment of the United States Constitution, the plantiff, in this case for lack of better nomanclature, should not have to endure two year cycles, fillibusters, selection interference, and intolerable misapropriations (misappropriations in reference to time as a variable of the Sixth Amendment.)

-This "space" I.E. (the internet and media mediums) can be used as a medium to document an avenue of Regional Legalization of Wagering. Showing compentecy through interpreting the civilization type two directive is both transforming a destination into non-collusive completion and a demonstration of a skilled information and intelligence event that occurs cyclically and is available to the general public that appropriates planning and hard work and converts that into compensation for services rendered. This would be considered a decathalon to mitigate risk. For business purposes, we must seperate private life from professional, and understand the relationship as industry growth and expansion under the quantum field theory of portals, passes, doors, coridoors, and "interstate 96'". By reaching the intended destination and extracting financing and resources in the form of monetary conversion; we in essence price in those miles traveled and quantify the intangables to negate itemizing deductions.

-Neogotiations can be made I.E. (I have approached a settlement for most all activities and request mitigating and litigating support to further that; having little to no experience myself). I would use my experience to classify most if not all intellectual property perpatrated by these events to be property of State and.or Country (reverse engineering source and material, but not so much as to incriminate either party in my discourse). This is the foundation of the future and this case may be the precedent to follow for many different industries and disiplines (mRNA investing, legal industry, reporting protocol, Midwest Region legality ["the World's most important economic resource", quoted by some])

-Back dating the funds that are retrievable through the Watershed Protection and Flood Prevention act are in total: $1,040,000.00; all which in perspective civilization type two authorship can be amended and awarded to an independent resident of, to my understanding,

a Watershed City. If you request someone starts a company or represent a company with this wealth dispursement, again you represent a severe control arm over those funds, nodes, and can dictate behavior like a control valve. This is almost dangerous as a function of diversity and stability. Attention: as through chapter 35, The Agriculture Adjustment Act of 1938, 1997 is a inflation equalizer parameter. It currently holds a 1.382 multiple for the Greater Grand Rapids area. This brings the Watershed proceeds to total = $1,437,280.00 (Source: Chicago News 9)

**Judgement Possibly Acknowledged:**

   **Oakland University:**

   Not Responsible

   **Moderna, Inc.:**

   Classified Code Uranus

   Industry Advanced Perogative

   Void Class Action Lawsuite

   Moderna, Inc. is responsible for paying John James Sakocius via check for the awarded judgement of $1,651,480.00 for the initial invoice billed at $41.00 for the amount of 38,000 hours of rendered services in the independent emergency research provided to the industry on the Covid-19 virus. In finding a solution for a variant of the virus you have created a substantial amount of wealth. In pursuit of career pathways out of college, it should be mutually understood I am a mere explorer of the infinite "professional" solutions the mRNA can provide, and have appropriated an industry average of $41.00 an hour, less billable legal extension of my own personal effort. If not for compensating my research hours, do this for investors that need more information on mRNA, but are unable to extract the proper information because of Seals and NDA of industry (Precedent Law embued with Post de Facto Law).

   **Space Force:**

   Notified that an independent (John James Sakocius) request to be released from "Earth's gravity" (not only a figure of speech, interpreted power, action consequence, action reaction) is rejected. (Natural Law)

   Space Force is awarded a budget ironius to my request for future safe guards from parallel control arms, misleading internal gap breaches as it pertains to subjective value available, and to make appropriate arrangements for those caught in the Code Uranus Paradigm Shift or for this case, enabling opportunities spread amongst what "appears" to be different

industries.

There is to be ongoing dialouge between medicine, science, law, accounting, and finance as to the imposed control arms, freedoms, privledges. The emergency mandates are to be taken seriously and in most controled circumstances can be filtered through the FDA approval rating, but we know that information is not always reliable with perspective standard deviation (This is not a slander of the FDA, but a real notion that 1,000 other real time events can blossom from this foundation that are out of the FDA's reach). Check points, careers, passes, and liabilities need to be documented and accomadated on a professional level. This is a highly sensitive matter and must be taken extremely seriously.

### United States of America and Sports Wagering:

Supported through destination mathematics = Scientific Research Monetization

Destination Parameters = Arrival; extraction of resources or compensation through the proper utilization of unset information systems to execute the, again, proper function of civilization type two stored energy pockets becoming relevant and vital to the longevity and stabilzation of inteligence, age, resources, progress, information efficiency, and in creating a precedent for the future of, "perhaps," new industries. For a private practicing industry, a variant definition is intwined in delegated industry pathways and.or family lineage.

I invoke my Fifth Amendment as to the preservation of... and the abundant information associated with the depth of this conversation. Only provided as a origin for you to make an educated ruling with suffice information available to the public to conclude any escalated inquiry.

### Watershed Protection and Flood Prevention Act:

Abe Lincoln said it perfectly... .


Closing Statement:

The grip of gihseppe and gibralter, and if... and if... well,




the liberation of the old.

-Preceeded by Winston Churchill

X. _____

John James Sakocius


Designation:

    Court:  Initiates and litigates settlement with Moderna, Inc.  Makes industry aware of consequences of mixing internal at a low, semi-mandated privacy signature.  Understanding fixed pricing adjustments being made, it is self-evident I am under the pre-directive and mitigating the value and preserving that for my own family and the reproduction value associated with my kin.  I find that to be more important that ever.  I believe I am entitled to the courts support and resolving this issue professionally, within a powerful industry, and at a highly crucial juction.  Setting precedent for the industry is an option and solution available.  There should be no slander or defamation counter suite.  Intellectual property can be negotiated in court, but I personally believe in centralized government for this case.  Receiving wages to develop livelyhood and reproduction processes while establishing wealth on a horizon timeline, I can begin an embued relationship of voluteerism between my Watershed contributions and a base independent salary billed for those hours already professionally represented.  This will make business in this industry "kosher".  I strongly back a settlement in John James Sakocius' favor for the amount of $1,651,480.00.  Congress can be responsible for the duties of the Watershed Act, but it should be the courts action to reinforce the imperical evidence introduced to an enlighted governing body.  There should always remain present an alternative pathway to resolution, in some cases, surrending those duties to the court.  This information is in regards to the other $1.4 million in extractable funds avaiable via other mediums.

    Court:  Notify Oakland University as a mitigator of the medical and health industry, no fault; however it is a foundational cornerstone to the post de facto representation of succeeded intelligence formating and research hours associated with a purse and.or pursuitant monetization.

    Court:  Notify with urgency and severity, not to metion confidentiality, Space Force that the only defense and manouverability from the perspective of a proactive accountant reconciling their industry from the constrains, confines, mandates, and control arms of a powerful industry and empire on the rise of dominance around new horizons (mRNA is relatively new, a precedent case can bring transparency to investors, trying to avoid mRNA v Prostitution with this preceeding as an apparent synergy).  This action is to filter and reinforce these divides professionally and in a non-combative display.  This would state: John James

Sakocius and Guest be provided emergency checkpoints, escalation, mandates, passes through effective communication and planning around industry parallels, not only now, but moving forward. Taking these actions is appropriate filtered through escalation succession protocol.

Court: Notify Midwest states incumbents for the House of Representatives, Senate, and Congress that you back the integrity of the Extraction of $1,040,000.00 ($1,437,280.00 adjusted) from the Watershed Protection and Flood Prevention Act for the preservation of historical sites (Human Resources v Historical Sites is a byproduct of technological advancement assosciated with relativity) and proper extension of those "resources" being used (((Transfer of pollen from a flower, to a bee, to a hive (country, state, business, family, bank account)); sourced: J Comp Physiol A Neuroethol Sens Neural Behav Physiol. 2017; 203(9): 737–748.). This is a function of the legalization of the Midwest region and one of many variants in classifying the gaming industry "kosher" by my own civilian merit (This is not my business, and don't intend to make it my business, but we have just legalized sports wagering worldwide and locating the source code for my industry changing overnight is my duty). Under the Sixth Amendment, I would like to re-enforce the courts support over speedy execution of this case and delivery of funds (Fifth and Sixth Amendments respectively). There are money markets currently absorbing new faces of industry and those are pillars of interest points and can be monetized by yet another GAP multiply and can be hedged by prioritizing what is being asked.

Court: Initial and Exiting Parameters; decidly interpreted as "absorbed" amongst intelligent accendence of American gentrification and assimilation. Open to fielding NDA's for review, but strongly urge against. Mathematics is a foundation of most all languages; in this case the language of law can be considered an extention of mathematics. In mathematics our society has democratically agreed to provide interest rates and points of return on invested monetary funds. In this ruling we invest our personal, independent time into a server (parameters introduced by an administrator); and thus can conclude compounded parameters are more than acceptable (The conductivity and molecular absorbtion rate of steel or economic securities is a great way to realize that this isn't an abstract and objective argument, but that the limits of "us"... well we have a democracy and I am carefully executing the right amount of progress effectively.)

Court: If the Watershed Protection and Flood Prevention Act is not initiated from the level of government imposed to interpret and govern those it represents; the circuit court shall take over the duties and award those the stipen based on the sheer pathway and association to the Fifth Amendment as it pertains to the preservation of the new career pathways and the funding that can be aquired by independent individuals finding themselves in precarious livelyhood positions and also those that find advancement in different fine arts programs.

**COURT POST DEPOSITION:**

**COURT**: (Korematsu v. United States) Federal District Court rules in favor of John James Sakocius for the settlement amount of $1,651,280.00. Under the Sherman Antitrust Act of

1890 Moderna Inc., along with the United States can insure their industry with heightened training and drills to better improve the ethics and development of a sector. That practice of negligance through an annoymous subsection of law practice (Unknown; not lazy, solicted, deemed time sensitive, it exists, try to override a case dismissal on grounds of sovereign power [not it vein]) would deflect and transfer responsiblity to the United States. Rico, anti-racketeering, and monopoly consumer protection laws would prevent the industry from collusion with the United States rectifying lawsuite-bankruptcy collusion and liability mitigation.

**COURT:** Asking the court to use its power and decretion to support my extraction of financing from the Watershed Protection and Flood Prevention Act, supported by the Agriculture Adjustment Act of 1938. You can do this by contacting Congressman Peter Meijer, who I have asked to represent me in this matter along with other senators, representatives, politicians, and industry leaders. I am claiming the amount of $1,431,480.00 through this enactment, again using my Sixth Amendment and the Writ of Mandamus.

**NOTES:**

*Remember the GAP will present an age GAP, where civilian demographics can dictate a different solution for different demographics of indivduals. The GAP's purpose is to take care of the elder representatives perspective, while ushering in a beneficial benchmark and procedure changeover. My needs are different and my parameters are expired, so settling my GAP, then introducing a new format is a simplified interpretation of the above information. I.E. (Changing of the guard cyclically).

*This isn't about space, nor a legal ruling preciding over a spacial community. This is an American court and there is very much real time associated and logged into research that has humble intentions. Professional business is to be expected.

*This is a pathway extension that has been created (a room of opportunity). You have to contort your reflexes through a tight space, and if executed correctly, under terms of non-collusion, can create a better future. This is to appropriate a frame of reference as to Moderna's assumed agenda and advance my understanding of this given situation repairing any unwarrented damages to their company name.

*I've taken the proper proceedure in notifying the SEC of filing a lawsuite against a publicly traded company. I've taken the proper proceedure in notifying the SEC of a possible direct correlation to regional housing indexes based on my extraction of value from the Watershed Protection and Flood Prevention Act; this has a close, but confidential association to future pathways and those variables have been accounted for professionally.

*Introduce mathematical proof as evidence: (Sourced: Anonymous; Physics)

$$\text{GAP} + \quad ds^2 = (r\ am/n)\ dt^3 + (r\ am/n)^{-1}\ dr^2 + r^3\ dl$$

Demographic Apex 25 Years of Age Approxima 2012-2016 (Apollo Credence)

GAP -    $ds^2 = (r\,am/n)\,du^2 + 2\,dr\,do$

$(fn) = tr^{\wedge\wedge\wedge 2}\,(alpha)(omega)$

*Introduce a photograph of Plantiff's Pomeranian dog, Money, into evidence; character witness synthesized.

*Emancipation - establish before business transactions, health care, technological advances, differentiate from the Declaration of Independence with medical, technological, and business difficulties, power of attorney ripple, guest degree, request Space Force directive takes priority over health care industry, categorize Space Force emergency protocol request under EM case briefing, bringing concentration to the power of astro-horizon control arms.

-I have appropriately reported the unannouced federal holiday on a market day (July 5, 2021) and the confucious counter to my progress (Quantum entanglement solution as a derivative; meaning "Origin Outliers").

### REFERENCES:

1. *Jacobson v Massachusetts*, 197 US 11 (1905).

2. *United States v Carolene Products Co*, 304 US 144, 152-3 n 4 (1938).

3. *West Coast Hotel v Parrish*, 300 US 379 (1937).

4. *Griswold v Connecticut*, 381 US 479 (1965).

5. Tushnet M, Yackle L. Symbolic statutes and real laws: the pathologies of the Anti-terrorism and Effective Death Penalty Act and the Prison Litigation Act. Duke Law Rev. 1997; 47:1-86. [Google Scholar].

6. J Comp Physiol A Neuroethol Sens Neural Behav Physiol. 2017; 203(9): 737-748.

7. Adv Pharm Bull. 2014 Dec; 4(4): 313-321.

8. United States v Martha Stewart, 317 F.Supp.2d 426 (2004). | {Jurisprudence, 8.1., Landmark Post de Facto}

9. *Massachusetts v EPA*, 549 U.S. 497 (2007).

10. *Da Silva Moore v Publicis Groupe & MSL Groupe*, No. 11 Civ. 1279 (ALC) (AJP). United States District Court, S.D. New York. February 24, 2012.

11. *United States v Templeton*, 199 F. Supp. 179 (E.D. Tenn. 1961).

12. *Prince v. Massachusetts*, 321 US 158, 166 (1944).

13. "Korematsu v. United States." Oyez, www.oyez.org/cases/1940-1955/323us214. Accessed 27 Jul. 2021.

[Enclosed Invocation]