Case #: 1:21-cv-00640-PLM-SJB                Drivers License #: S 222 429 367 949

**FILED - GR**
August 4, 2021 12:42 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 8-4

Hard Dock

John James Sakocius

v

United States

John James Sakocius

4590 Breckenridge Dr. NE

Grand Rapids, MI  49525

August 4, 2021


Motion addressed to Magistrate Sally J. Berens,

There is overwhelming evidence of Moderna Inc. using placibo ingredients, indefinitely as to the proposed outcome of 3.96 million deaths reported beyond burden.  This dispostion would be suppressed (Griswold v Connecticut, 381 US 479, 1965) and I would endure Great Seal damages. I request the court accept the stacked, post de facto disposition expressed in writing in the submitted petition.  My prerogative is to advance this to the District Attorney and imply a settlement.

I reitterate that I am comfortable accepting time lost as the price of my erronious activities in the display of "Mental Health" confines and "Marijuana Use" confines.  I adjust our mutual resolution to expunge these documented records to bring satisfaction to reputation in the pursuit of career pathways and marriage lineage.  I do ask that those movements be ordered last on the docket as a means of recouping means of livelyhood as a good-looking, well educated male looking to reproduce.

Avoid damages - Introduce stored energy, suspended animation, rom capabilities, com capabilities, adjustment gravitas, alexandria gravitas into evidence to prove GAAP as it is directly correlated to bio engineering, fixed cost economics, and or compentcy resolutions.

- **Dodd-Frank Wall Street Reform and Consumer Protection Act:**

-MIT scholars territory (withdraw stereotype, label)

-Moderna Inc., MRNA Ticker, $386.51 Stock Value, 155.19 B Cap, $600 Billion Investment Protection

-Advance to settlement implied

- **Sarbanes Oxley embued with 33 U.S. Code SCS 500. Deflection of current; liability to riparian owners**

-The current of such waters has been so deflected from its natural course as to cause by producing caving of banks or otherwise serious damage or danger to property

-U.S. accepts deflected liability for medical training and real time scenerios that heighten the standards of industry ethics and hands on atmospheric pressures

-Nondiscrimination training under Title VII

- **GAAP & GGAP values expressed**

-Opening statement: What is your self worth?  Add an exponent.  Store that for a rainy day.

-Informative process allows you to become familiar with using Dodd-Frank Wall Street Reform and Consumer Protection Act, Sherman Antitrust Act of 1890, Clayton Antitrust Act of 1914, Watershed Protection and Flood Prevention Act, and the Agriculture Adjustment Act of 1938.  This would total $1-5 million in potential revenues as regards to attributed value.

-Independent actuaries "David" and "Alexandria" *would* assess the value of the informative process in the billions and trillions (prithla to the references).

-Heptapod Language Math: Grounds to declare the value associated with mRNA stored energy "deep state" pockets.  I invoke my 5th amendment and this has no place in a Federal District court and should be brought to the District Attorney for a settlement on behalf of the United States and the reissue of my Sovereign Power.

-A pilot needs to fly the mRNA routes in the future because of the strength of the fence.  Right now were selling it as GAAP & GGAP value that can be extracted, but time will inversely errode the barrier.  This timeline change would be referred to as "changing of the guard" and the installation of fixed pricing.  There will always be an indicator with a code Uranus, or the "Uranus Fixed Origin" on any timeline(I.E. Non-FDA Aprroved, lipids and proteins v 3.96 morticians as a data set highlight mRNA's intangible functionality).

-The problem with this is, the United States is pooling those funds into mRNA corporations, who will most likely answer to stock holder pressure.  There may be an administrator who transfers those funds to the foundation and trust of the Watershed

Protection and Flood Prevention Act and the Sherman Antitrust Act of 1890 as storage vessels for wealth to be extracted appropriately speaking.  I would like to use my Sovereign Power to Amend the Watershed Protection and Flood Provention Act to facilitate State Level "General Ledgers" for the Watershed funds.  Brown v Board is irrelivant; as they are still managed by the Federal Government, however the family trees, lineages, and career industries the Acts are there to preserve will not be poached by states that are functioning at higher capabilities and transfering wealth through the looper.

-August 2, 2021 I exposed my Sovereign Power to the Nellis AFB to request the immediate "Long Range Trajectory" on Moderna Inc. as per the stored energy of the mRNA factions and the destination of those revenues.  It is my belief a seperation of powers structure is a priorty.  What we are discovering is... we can identify value, but I don't have the technological capabilities to locate pockets of energy and wealth at long distances, and even reverse engineer that process on a civilian level.  Again, I am calling for the overwhelming evidence and protection of the consumer/civilian to push the envelope to a settlement with your District Attorney.  I have offered a very great resolution, but the invocation of my 5th Amendment here tells you I can't compete without making assumptions and slandering speculative theories in the court of law 100 years deep.

**I procure my Sovereign Power under 15 U.S. Code SCS 77aa. Schedule of information required in registration statement U.S. Code (2)**

- United States of America
  - Educated Civilian
- International Waters
  - United States
  - United Nations
  - Lithuania (Claim Mars Orbital Bodies with Territorial Flag [Time Stamp], Explorer of the Infinities)
    - Mars Orbital Bodies
      - Sovereign Power
        - Nicha Accounting, Finance, Money Market Infrastructure
        - Oasis
          - Platform Medium

-Midwest Regional Sports Documentation Astrophysically Represented Legally as RA (Watershed and Sherman Antitrust)

**15 U.S. Code SCS 77p - Additional remedies; limitation on remedies**

-(c) Removal of covered class actions

-Psychological business presence introduced to training and real time

-Abuse of the calander

-I appropriately reported the unannouced federal holiday on a market day (July 5, 2021) and the confucius counter to my progress and have dismissed it as a quantum entanglement solution as a derivative to status and the origin of outliers.

-Like a mathematical proof while maintaining reputation

-Any covered class action brought in any State court involving a covered security, as set forth in subsection (b), shall be removable to the Federal district court for the district in which the action is pending, and shall be subject to subsection (b).

*-15 U.S. Code SCS 77l - Civil liabilities arising in connection with prospectuses and communications*

-Interpretation is in defense of the general population and *ASSERTAINS* the mitigation of traded liabilites (2), but I still choose to use this code as my defense (7/5), and can willing *LE* do so.

**Oasis and Mars Moons as a Function of Economic Systems and Opportune Engagements**

-Urge District Attorney to settle this matter rather than driving it to trial

-Disposition ⊥ Trial ⊥ Jury ⊥ Evidence ⊥ Cost⊥ Time ⊥

-Oasis, Mars Moons, Technological Eggshell ⊥

**Sovereign Power to Move This Action to Settlement**

-Sherman Antitrust Act of 1890 \ Sovereign Power Invocation of the 5th Amendment \ Clayton Antitrust Act of 1914

-75 (GE, GI, SI)

**Mars Orbital Bodies**

-Dodd-Frank Wall Street Reform and Consumer Protection Act (Shield)

-Invocation of the Sherman Antitrust Act of 1890 ($1,651,480.00)

-Invocation of the Watershed Protection and Flood Prevention Act supported by the Agriculture Adjustment Act of 1938 ($1,437,280.00)

**Oasis Platform Extension**

-15 U.S. Code SCS 77aa. Schedule of information required in registration statement

-15 U.S. Code SCS 77p - Additional remedies; limitation on remedies

-15 U.S. Code SCS 77l - civil liabilities arising in connection with prospectuses and communications

33 U.S. Code SCS 500. Deflection of current; liability to riparian owners

**CLOSING STATEMENT:**

I urge the honorable Magistrate Sally J. Berens to take the overwhelming burden of evidence, using descretion to remove dishonorable information from dialogue channels, and moving this initial discovery to post-trial motions under the 6th Amendment and the invocation of the Writ of Mandamus. The District Attorney will be asked to respectively expunge my record and make available the funds requested in the amount of $1,651,480.00. I would ask the Magistrate to recommend to the honorable Congressman Peter Meijer that a check be issued at the Congressional Level via the Kansas City Treasury for the amount of $1,437,280.00. The expungement process will be understood with zero liability recovered. Thank you for your time.

**[ENCL]**

Invocation of the 5th, 6th, and 7th Amendments

Invocation of the Writ of Mandamus

Invocation of the Modern Writ of Certiorari

X _____