UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN JAMES SAKOCIUS,<br>    Plaintiff,<br><br>v.<br><br>MODERNA, INC. ET AL.,<br>    Defendant. | No. 1:21-cv-640<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  September 2, 2021                       /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge