UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN JAMES SAKOCIUS,

        Plaintiff,                             Case No. 1:21−cv−640

v.                                         Hon. Paul L. Maloney

MODERNA, INC., et al.,

        Defendants.
_____/

## ORDER REJECTING PLEADING

      The Court has examined the following document(s) received September 21, 2021 and orders the Clerk to reject the Brief (per plaintiff) and return the document(s) to John James Sakocius for the reason(s) noted below:

      John James Sakocius is attempting to file documents with this Court, although the case caption indicates that the documents should be filed with United States Court of Appeals. It appears that the documents were submitted to this Court in error.

      IT IS SO ORDERED.

Dated:  September 21, 2021                 /s/ Sally J. Berens
                                                   SALLY J. BERENS
                                                   U.S. Magistrate Judge